IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE HELEN OF TROY SECURITIES LITIGATION | § § § § Case No. EP-05-CA-431-H |

## APPENDIX IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL OPPOSITION TO MOTION FOR CLASS CERTIFICATION AS TO ADEQUACY AND TYPICALITY

| EXHIBIT | NON-CONFIDENTIAL DOCUMENT |
|---|---|
| A | Transcript of Deposition of Regina Orlando |
| B | Transcript of Deposition of Dennis Angleton |
| C | Transcript of Deposition of Joseph Khezrie |
| D | Declaration of Maya Saxena in Support of Proposed Lead Plaintiff Helen of Troy Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel and Liaison Counsel |
| E | Plaintiff Coral Springs Police Pension Fund's Response to Helen of Troy Limited's First Set of Interrogatories |
| F | Plaintiff Dennis Angleton's Response to Helen of Troy Limited's First Set of Interrogatories |
| G | Excerpt from Cypen & Cypen website |
| H | Second Superseding Indictment in United States v. Milberg Weiss LLP, et al., No. CR 05-587(D)-JFW (C.D. Cal.) |
| I | Plea Agreement for Defendant William S. Lerach Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) |
| J | David Kidwell, *Illinois Lawyer Tied to Indicted Law Firm*, Chicago Tribune, June 22, 2006, at 1 |

| EXHIBIT | CONFIDENTIAL DOCUMENT (FILED UNDER SEAL) |
|---|---|
| K | Retainer Agreement Between the City of Coral Springs Police Officers' Retirement Plan and Saxena White P.A. |
| L | City of Coral Springs Police Officers' Retirement Plan Retainer Agreement for Fund Monitoring |
| M | Letter from Maya Saxena to Stephen H. Cypen dated Nov. 30, 2005 |

Dated: October 22, 2007

Respectfully submitted,

_/s/ N. Even by H. Mott_

**HAYNES AND BOONE, LLP**
Noel M. Hensley
Texas Bar No. 09491400
Nicholas Even
Texas Bar No. 24014446
Mark Trachtenberg
Texas Bar No. 24008169
Barrett Howell
Texas Bar No. 24023211
901 Main Street, Suite 3100
Dallas, Texas 75202
Tel: (214) 651-5045
Fax: (214) 651-5940

**GORDON & MOTT, P.C.**
H. Christopher Mott
Texas Bar No. 14596430
4695 North Mesa
El Paso, Texas 79912
Tel: (915) 545-1133
Fax: (915) 545-4433

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appendix was served on this 22nd day of October 2007 via email to the following individuals:

**SAXENA WHITE P.A.**
Maya Saxena – msaxena@saxenawhite.com
Chris Jones – cjones@saxenawhite.com
Lester Hooker – lhooker@saxenawhite.com
Austin McCook – amccook@saxenawhite.com
2424 N. Federal Highway, Suite 257
Boca Raton, Florida 33431
Telephone: 561-394-3399
Facsimile: 561-394-3382

**Lead Counsel for Lead Plaintiffs**

**MALONE LAW FIRM**
**A Professional Corporation**
Daniel R. Malone – dan@malone-pc.com
300 East Main Street, Suite 1100
El Paso, Texas 79901
Telephone: 915-533-5000
Facsimile: 915-533-5009

**Local Counsel for Lead Plaintiffs**

*/s/ N. Emily Hewitt*